FILED

07/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0332

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 24-0332

BAILEY CONNOR LAKE,

Petitioner,

v.

BOB OLSEN, ADMINISTRATOR,
S.T.A.R.T. PROGRAM,

Respondent.

## GRANT OF EXTENSION

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including August 4, 2024, within which to prepare, file, and serve the State's response.

**CH**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 3 2024